**Order filed October 31, 2017.**



**In The**

## Court of Appeals

**For The**

## First District of Texas

———————————

**NO. 01-17-00160-CR**

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**CARL RANKIN FRAZIER, JR.,**
**Appellee**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-CR-0228**

### ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 1, admitted in the suppression hearing held on January 24, 2017.

The exhibit clerk of the 10th District Court is directed to deliver to the Clerk of this Court the original of State's Exhibit 1, a CD, admitted in the suppression hearing held on January 24, 2017, **on or before November 14, 2017**. The Clerk of this Court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1 to the clerk of the 10th District Court.

PER CURIAM